# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LARRY O'STEEN**                                            **CIVIL ACTION**

**VERSUS**                                                   **NO: 18-8209**

**VALERO REFINING-MERAUX LLC**                               **SECTION "H"**

## ORDER

Before the Court is Defendants' Motion to Dismiss (Doc. 19) filed on October 9, 2018.  On November 5, 2018, Plaintiff was granted leave to file an Amended Complaint, mooting Defendants' arguments for dismissal (Doc. 37).

Accordingly;

**IT IS ORDERED** that the Motion to Dismiss is **DENIED AS MOOT WITHOUT PREJUDICE**.[1]

New Orleans, Louisiana this 26th day of November, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] *Jefferson Cmty. Health Care Centers, Inc. v. Jefferson Par. Gov't*, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016) ("[M]any district courts—including this Court—routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint. Although courts may address the merits of a motion to dismiss even after an amended complaint is filed, as a general rule, "if applying the pending motion to the amended complaint would cause confusion or detract from the efficient resolution of the issues, then it makes sense to require the defendant to file a new motion specifically addressing the amended complaint.").